UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Magistrate No. 19-9057 |
| SCOTT G. HAKIM | : | <u>ORDER FOR DISMISSAL</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Craig Carpenito, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. 6026033, against defendant Scott G. Hakim, which were filed on January 3, 2019 charging him with Theft of Personal Property, for the reason that prosecution of defendant Scott G. Hakim is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Scott G. Hakim in the Pretrial Diversion Program.  If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

CRAIG CARPENITO
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 5/30/19